UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20119-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JULIUS DANTE BROWN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The matter was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on defendant's motion to suppress **[D.E. #25]**. The Magistrate Judge filed a Report and Recommendation **[D.E. #58]** and the Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

DONE and ORDERED in Open Court in Miami-Dade County, Florida this 6th day of July 2023 and signed this 6th day of July 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Jonathan Goodman
All counsel of record